IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| THOMAS CAMERON, #169 066, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CASE NO. 2:16-CV-688-WKW | |
| | ) | | |
| AL DEPT. OF CORRECTIONS, *et al.*, | ) | | |
| | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **ORDER**

On September 21, 2016, the Magistrate Judge filed a Recommendation (Doc. # 7) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED;

2. Plaintiff's 42 U.S.C. § 1983 claims against Defendants the Alabama Department of Corrections, the Draper Correctional Facility, and Jeffery Shepherd are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

3. There being no other claims pending against them in this action, Defendants the Alabama Department of Corrections and the Draper Correctional Facility are DISMISSED as parties to the complaint; and

4.  As to the remaining Defendants,[1] this case is referred to the Magistrate Judge for further proceedings.

DONE this 24th day of October, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendant Jeffrey Shepard remains a Defendant as to Count III of the complaint, which is liberally construed as a state law tort claim for assault and battery.