IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS CAMERON, # 169 066, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-688-WKW </br> ) (WO) |
| JEFFERY SHEPHERD, </br> OFFICER SINGLETON, </br> LT. SURLES, </br> EDWARD ELLINGTON, </br> CAPTAIN SMITH, </br> SERGEANT MYRICK, and </br> PATRICIA HOOD, Warden, | ) |
| Defendants. | ) |

## **ORDER**

On April 13, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 47.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 47) is ADOPTED,

2. Plaintiff's April 11, 2017 motion (Doc. # 44) for voluntary dismissal pursuant to Rule 41(a) and is GRANTED.

3. Plaintiff's April 13, 2017 motion for discovery and to compel (Doc. # 48) is DENIED as moot.

4. Plaintiff's April 27, 2017 motion for leave to dismiss this action (Doc. # 49) is GRANTED.

5. This action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 2nd day of May, 2017.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE