IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS CAMERON, # 169 066, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-688-WKW |
| | ) | (WO) |
| JEFFERY SHEPHERD, | ) | |
| OFFICER SINGLETON, | ) | |
| LT. SURLES, | ) | |
| EDWARD ELLINGTON, | ) | |
| CAPTAIN SMITH, | ) | |
| SERGEANT MYRICK, and | ) | |
| PATRICIA HOOD, Warden, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 2nd day of May, 2017.

                                                /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE